# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | |
|---|---|
| United States of America )<br>v. )<br>NAYEEM CHOUDHURY )<br>)  Case No.  1:23CR315-1<br>)<br>)<br>*Defendant* ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | US District Court<br>Hiram H. Ward Federal Building<br>251 N. Main Street<br>Winston-Salem, NC 27101 | Courtroom No.: 4 |
|---|---|---|
| | | Date and Time:  10/05/2023 9:30 am |

This offense is briefly described as follows:

Wire faud in violation of 18:1343; Manipulative and deceptive devices in violation of 15:78j(b) and 78ff.

(The defendant should report to the Pretrial Services Office one (1) hour prior to his initial appearance)

Date: 09/25/2023

John S. Brubaker, Clerk
*Issuing officer's signature*

/s/ Abby Taylor, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*

Case No. 1:23CR315-1

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____
_____

Usual place of abode *(if different from residence address):* _____
_____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____
_____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____
_____

## PROOF OF SERVICE

This summons was received by me on *(date)* _____ .

❏ I personally served the summons on this defendant _____ at
*(place)* _____ on *(date)* _____ ; or

❏ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____ , a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

❏ I delivered a copy of the summons to *(name of individual)* _____ ,
who is authorized to receive service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

❏ The summons was returned unexecuted because: _____
_____ .

I declare under penalty of perjury that this information is true.

Date returned: _____

_____
*Server's signature*

_____
*Printed name and title*

Remarks: